JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE MONIQUE ANGUIANO<br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: CV 18-5602-DMG (PLA)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE [17] |

Based upon the parties' stipulation, the above-captioned action is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

IT IS SO RECOMMENDED:

DATED: January 7, 2019

*Paul L. Abrams*

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED:

DATED: January 29, 2019

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1